# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

The Trustees of the Twin City Bricklayers Fringe Benefit Funds,

Plaintiffs,

Civil File Number: 0:01-CV 515 DSD/JMM

**INJUNCTION**

vs.

Trende Concrete & Masonry, a Minnesota General Partnership, Alfred C. Ende, individually and d/b/a Trende Concrete & Masonry, and Trent Ende, individually and d/b/a Trende Concrete & Masonry,

Defendants.

Pursuant to this Court's Order dated June 1, 2001:

1. Defendants, and each of them, are to submit forthwith to Plaintiffs' Third-Party Administrator ("TPA") all delinquent fringe benefit contribution Report Forms and pay forthwith fringe benefit contribution payments for all months for which Defendants are delinquent, together with interest and liquidated damages.
2. Defendants, and each of them, are to submit forthwith to Plaintiffs' TPA all their books and records for an audit disclosing the amount of unpaid fringe benefit contribution payments.
3. The Defendants, and each of them, shall cooperate in all ways with this audit.
4. Defendants, and each of them, are required to post with Plaintiffs' TPA a cash or surety bond in the amount of $30,000.00 to the Twin City Bricklayers Fringe Benefit Funds.
5. Defendants, acting through their directors, officers, agents, servants, employees, shareholders, and all persons acting in privity or in concert with it, are MANDATED to submit to Plaintiffs' TPA all fringe benefit contribution Report Forms and all fringe benefit contribution payments as they become due.

FILED 6-1-01
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______

BY THE COURT:

Dated: June 1, 2001

David S. Doty
United States District Judge

F:\Labor\6000_6080 Bricklayers\6041.49 Ende, Trent\docs\Injunction.doc
reh