# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

The Trustees of the Twin City Bricklayers Fringe Benefit Funds,

Plaintiffs,

Civil File No. 0:01-CV-515 DSD/JMM

vs.

**ORDER TO SHOW CAUSE**

Trende Concrete & Masonry, a Minnesota General Partnership, Alfred C. Ende, individually and d/b/a Trende Concrete & Masonry, and Trent Ende, individually and d/b/a Trende Concrete & Masonry,

Defendants.

TO: Trende Concrete & Masonry, Alfred C. Ende and Trent Ende, Defendants above-named pro se:

YOU WILL EACH PLEASE TAKE NOTICE that on the attached Notice of Motion and Motion and the Affidavit of Andrew E. Staab, Esq., and on all files, records and proceedings herein, and on the motion of Andrew E. Staab, attorney for Plaintiffs, and the Court being duly advised in the premises.

1. IT IS HEREBY ORDERED THAT YOU, ALFRED C. ENDE AND TRENT ENDE, PERSONALLY APPEAR AND SHOW CAUSE, if any you have, before the Honorable David S. Doty, United States District Judge at Courtroom 14W, United States Courthouse and Federal Building, 300 South Fourth Street, Minneapolis, Minnesota on the 14th day of September, 2001, at 9:45 o'clock a.m., or as soon thereafter as counsel can be heard, why the Court should not grant the relief requested in the attached Notice of Motion and Motion.

2. IT IS FURTHER ORDERED that you bring with you all books, payroll records, and employment records of Trende Concrete & Masonry from January 1998 to the present including payroll cards, and tax returns, both federal and state for tax years 199, 1999, and 2000.

FILED 7-30-01
RICHARD D SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

DEPUTY CLERK ______

3. Let this Order to Show Cause be served on Defendants personally by giving them a certified copy of the same.

Dated: July 30, 2000

BY THE COURT:

David S. Doty
U.S. District Judge