UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-515(DSD/JMM)

The Trustees of the Twin City
Bricklayers Fringe Benefit
Funds,

Plaintiffs,

v. **ORDER**

Trende Concrete & Masonry, a
Minnesota General Partnership,
Alfred C. Ende, individually and
d/b/a Trende Concrete & Masonry,
and Trent Ende, individually and
d/b/a Trende Concrete & Masonry,

Defendants.

To: Alfred Ende, 6256 Broadway, Brooklyn Park, MN 55428:

Pursuant to your failure to comply with this court's orders of June 1, 2001 and July 20, 2001, the court finds you in contempt. Accordingly, you are hereby fined $200 dollars per day, until such time that you comply with the directives of the June 1, 2001 and July 30, 2001 orders.

If you fail to pay these fines, this court will issue a subsequent order, which will authorize the United States Marshals to arrest and incarcerate you.

Dated: September 14, 2001
Nunc Pro Tunc

David S. Doty, Judge
United States District Court

FILED 9-20-01
RICHARD D. SLETTEN, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______