UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-515(DSD/JMM)

The Trustees of the Twin City Bricklayers Fringe Benefits Funds,

Plaintiffs,

v.

**ORDER**

Trende Concrete & Masonry, a Minnesota General Partnership, Alfred C. Ende, individually and d/b/a Trende Concrete & Masonry, and Trent Ende, individually and d/b/a Trende Concrete & Masonry,

Defendants.

This matter is before the court on plaintiffs' motion.

Upon Rules 4(m), 15(a) and 55(c) of the Federal Rules of Civil Procedure, the affidavit of Andrew E. Staab and all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The summons and complaint in this matter are hereby amended by removing the name "Alfred C. Ende" from the caption and replacing it with "Alfred A. Ende."

2. The judgment dated December 19, 2001, against Alfred C. Ende only is hereby set aside but shall remain in full effect against the other defendants.

FILED 6-20-02
RICHARD D. SLETTEN, CLERK
Judgment Ent'd. ________
Deputy Clerk's Initials ______

3. The plaintiffs are hereby allowed an extension of time in which to served the amended summons and complaint on Alfred A. Ende for good cause shown.

Dated: June 20, 2002

David S. Doty, Judge
United States District Court