# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

---

The Trustees of the Twin City Bricklayers Fringe Benefit Funds,

Plaintiffs,

Civil File Number: 0:01-CV 515 DSD/SRN

vs.

**ORDER FOR JUDGMENT**

Trende Concrete & Masonry, a Minnesota General Partnership, Alfred A. Ende, individually and d/b/a Trende Concrete & Masonry, and Trent Ende, individually and d/b/a Trende Concrete & Masonry,

Defendants.

---

The above-entitled matter came without hearing before the undersigned upon Plaintiffs' motion for entry of judgment by default against Defendants, jointly and severally, and consistent with the Court's Order dated June 1, 2001.

Based on the Affidavit of Andrew E. Staab, and all files, records and proceedings herein,

IT IS HEREBY ORDERED:

**ORDER**

That the Clerk of Court shall enter judgment in favor of Plaintiffs and against the Defendant Alfred A. Ende in the amount of $16,055.32.

Dated: August 27, 2002

David S. Doty
United States District Judge

FILED 8-28-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD 8-28-02
DEPUTY CLERK ______