# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

The Trustees of the Twin City Bricklayers
Fringe Benefit Funds,

Plaintiff,

Case No. Civil 01cv515DSD/SRN

v.

**JUDGMENT IN A CIVIL CASE**

Trende Concrete & Masonry, a Minnesota General Partnership,
Alfred A. Ende, individually and d/b/a Trende Concrete & Masonry,
and Trent Ende, individually and d/b/a Trende Concrete & Masonry,

Defendants.

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED that the Clerk of Court shall enter judgment in favor of Plaintiffs and against the Defendant Alfred A. Ende in the amount of $16,055.32.**

DATE: August 28, 2002

RICHARD SLETTEN , CLERK

E. Knoblauch

E. Knoblauch, Deputy Clerk

(28)